held unconstitutional as under Board of Estimates vs.

Morris, supra because

a) In New York City Richmond has a board member as does
the more populace Kings County.

b) The board does not represent minor party voters who
have ballot access such as the Green Party, Independence
Party, Conservative Party and Working Families Party.

c) The Board does not have representation for
independent votes although they are more numerous than
Republican Party voters.

d) The New York State Constitution which established
representation for the Republican Party and Democratic
Party was written many years ago and does not reflect
voting reality nowadays

e) The Board gives equal representation to the
Republican Party and the Democratic Party although the
Democratic voters are much more numerous

93. The New York State Board of Elections has judicial
hearings deciding which candidates are to be on the ballot
and this is violative of procedural due process of the

41

Fourteenth Amendment because the Board is selected by the Republican Party Chairman and the Democratic Party Chairman which makes them inherently prejudiced and unfair.

94. The local boards of elections in New York hires party loyalists as election inspectors who have fraudulently been hired to vote for the chosen party candidates and are not independent inspectors to voting and have acted fraudulently because their paid job depends on their being loyal to the party chairmen of the Republican and Democratic Parties which undermines the fairness of the democratic process and is flagrantly violative of the constitutionally protected elements of fair elections.

WHEREFORE, the plaintiffs seek the following remedy:

1.   Sam Sloan and the other 10 candidates be placed back on the ballot as Judicial Delegate in the Democratic Primary to be held on September 10, 2015.

2.   The New York State and City Board of Elections should be declared unconstitutional and disbanded.

3.   That the attorney for the plaintiffs be paid legal fees for this case

4.   That the plaintiff be paid damages and all the costs.

5. That this court take all such action it deems just and proper.


Dated: Bronx, New York

September 2, 2015


Sam Sloan, Petitioner
1664 Davidson Ave 1B
Bronx, New York 10453

917-507-7226
917-659-3397

SWORN BEFORE ME THIS
2 DAY OF Sept 2015

CUI YING LI
Notary Public, State of New York
No. 01LI6303092
Qualified in New York County
Commission Expires May 12, 2018

43

Bx4-1

## SPECIFICATIONS OF OBJECTION

TO:    The Board of Elections in the City of New York

OBJECTOR:        Name:        BENNY CATALA
                 Residence:   316 E. 164th ST.
                              BRONX, N.Y. 10456

OBJECTOR'S CONTACT PERSON:

                 Name:                        Stanley Kalmon Schlein
                 Mailing Address:             481 King Avenue
                 (May be a business address)  Bronx, NY 10464
                 Telephone Number:            917.359.3186
                 Fax Number:                  347.281.5984

The objector(s) submits the following specifications in support of the General Objections
to the designating petition for the offices set forth on the attached schedule.

PETITION VOLUME IDENTIFICATION NUMBERS:    BX 1500721
CANDIDATE'S CONTACT PERSON (from the petition cover sheet)

                 Name:                        MILLIE QUINONES
                 Mailing Address:             1921 JEROME AVE.
                 (May be a business address)  BRONX, N.Y. 10453
                 Telephone Number:            413-799-0115
                 Fax Number:

TOTAL NUMBER OF SIGNATURES ON PETITIONS:    2
NUMBER OF INVALID SIGNATURES ON PETITION:   N/A
The line by line any other specific objections are attached.

                                             Objector's Signature

2015 JUL 20 P 4:05
RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY

**Nature of objections**

The number of signatures claimed in the totality of this petition is less than the 500 signatures that is required for the designation of the candidates for this Party position as set forth on the schedule of respondents.

RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY

2015 JUL 20 P 4: 05

## SCHEDULE OF RESPONDENTS

| Name of Candidate (s) | PARTY POSITION (s) | Place of Residence |
|---|---|---|
| Carlton Curry<br>Sam Sloan<br>Millie Quinones<br>Lynn Sanchez<br>Santos Orozco<br>Stephanie Gibbs | **Judicial Delegates**<br>to the 12th Judicial District Democratic Convention<br>from the 77th Assembly District<br>of the State of New York | 1131 Ogden Ave., Bronx, N.Y. 10452<br>1664 Davidson Ave., Bronx, N.Y. 10453<br>1921 Jerome Ave., Bronx, N.Y. 10453<br>1505 Walton Ave., Bronx, N.Y. 10452<br>1473 Montgomery Ave., Bronx, N.Y. 10453<br>1135 University Ave., Bronx, N.Y. 10452 |
| Edwin Figueroa<br>Zoe L. Curry<br>Nereida Narvaez<br>Lorraine Zeigler<br>James Baldwin | **Alternate Judicial Delegates**<br>to the 12th Judicial District Democratic Convention<br>from the 77th Assembly District<br>of the State of New York | 1521 Sheridan Ave., Bronx, N.Y. 10457<br>1131 Ogden Ave., Bronx, N.Y. 10452<br>1815 Davidson Ave., Bronx, N.Y. 10453<br>1199 Dr. Martin L. King Jr. Blvd., Bx NY 10452<br>985 Anderson Ave., Bronx, N.Y. 10452 |

RECEIVED
BOARD OF ELECTIONS IN
THE CITY OF NEW YORK
32 BROADWAY

2015 JUL 20  P 4: 05