# DESIGNATING PETITION * DEMOCRATIC PARTY * BRONX COUNTY

To the Board of Elections of the City of New York: I, the undersigned, do hereby state that I am a duly enrolled voter of the Democratic Party, and entitled to vote at the next primary election of such party, to be held on September 10th, 2015; that my place of residence is truly stated opposite my signature hereto, and I do hereby designate the following named person(s) as a candidate(s) for the nomination of such party for public office(s) or for election to a party position(s) of such party.

| Name of Candidate (s) | PUBLIC OFFICE(S) | Place of Residence |
|---|---|---|
| **MIGUEL A. SANTIAGO** | Judge of the Civil Court of the City of New York District Bronx, Countywide, Assigned Vacancy No. 12, Bronx County, New York | **321 QUINCY AVENUE BRONX, NEW YORK 10465** |

| Name of Candidate (s) | PARTY POSITION (s) | Place of Residence |
|---|---|---|
| **Carlton Curry** <br> **Sam Sloan** <br> **Millie Quinones** <br> **Lynn Sanchez** <br> **Santos Orozco** <br> **Stephanie Gibbs** | **Judicial Delegates** <br> to the 12th Judicial District Democratic Convention <br> from the 77th Assembly District <br> of the State of New York | 1131 Ogden Ave., Bronx, N.Y. 10452 <br> 1664 Davidson Ave., Bronx, N.Y. 10453 <br> 1921 Jerome Ave., Bronx, N.Y. 10453 <br> 1505 Walton Ave., Bronx, N.Y. 10452 <br> 1473 Montgomery Ave., Bronx, N.Y. 10453 <br> 1135 University Ave., Bronx, N.Y. 10452 |
| **Edwin Figueroa** <br> **Zoe L. Curry** <br> **Nereida Narvaez** <br> **Lorraine Zeigler** <br> **James Baldwin** | **Alternate Judicial Delegates** <br> to the 12th Judicial District Democratic Convention <br> from the 77th Assembly District <br> of the State of New York | 1521 Sheridan Ave., Bronx, N.Y. 10457 <br> 1131 Ogden Ave., Bronx, N.Y. 10452 <br> 1815 Davidson Ave., Bronx, N.Y. 10453 <br> 1199 Dr. Martin L. King Jr. Blvd., Bx NY 10452 <br> 985 Anderson Ave., Bronx, N.Y. 10452 |

I DO HEREBY APPOINT:  Richard Soto ... 300 E. Tremont Avenue, Bronx, New York 10457 ... Egidio Sementilli ... 2041 Colonial Ave. Bronx, New York 10461 and   Julio Munoz .... 2147 Tomlinson Ave., Bronx, New York,  10461
All of whom are enrolled voters in the Democratic Party as a Committee to FILL VACANCIES in accordance with the provisions of the N. Y. S. Election Law.

*In witness whereof, I have hereunto set my hand, the day and year placed opposite my signature.*

| DATE | NAME OF SIGNER (SIGNATURE REQUIRED) | ADDRESS (RESIDENCE) |
|---|---|---|
| 1. _____, 2015 <br> SIGNATURE | | |
| PRINT NAME | | **BRONX, NEW YORK** |
| 2. _____, 2015 <br> SIGNATURE | | |
| PRINT NAME | | **BRONX, NEW YORK** |
| 3. _____, 2015 <br> SIGNATURE | | |
| PRINT NAME | | **BRONX, NEW YORK** |
| 4. _____, 2015 <br> SIGNATURE | | |
| PRINT NAME | | **BRONX, NEW YORK** |
| 5. _____, 2015 <br> SIGNATURE | | |
| PRINT NAME | | **BRONX, NEW YORK** |
| 6. _____, 2015 <br> SIGNATURE | | |
| PRINT NAME | | **BRONX, NEW YORK** |