STATE OF NEW YORK
COUNTY OF NEW YORK

VERIFICATION

Sam Sloan, being duly sworn, deposes and says that he is the plaintiff herein, that he has read the foregoing petition and knows the contents thereof that the same is true as to his own knowledge except as to those matters alleged upon information and belief and as to those matters he believes it to be true.

_____
Sam Sloan

Sworn to before me this 2nd
day of September 2015

_____
NOTARY PUBLIC

CUI YING LI
Notary Public, State of New York
No. 01LI6303092
Qualified in New York County
Commission Expires May 12, 20__

44