UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SAMUEL H. SLOAN,

                              Plaintiff,

        -against-

MICHAEL MICHEL, JOSE MIGUEL ARAUJO,
RONALD CASTORINA JR., JOHN FLATEAU, MARIA
R. GUASTELLA, MICHAEL A. RENDINO, ALAN
SCHULKIN, SIMON SHAMOUN, GREGORY C.
SOUMAS, MICHAEL J. RYAN, BIANKA PEREZ,
STEVEN HOWARD RICHMAN, JERRY H.
GOLDFEDER, STANLEY KALMON SCHLEIN,
VENANCIO BENNY CATALA, DANIEL
SZALKIEWICZ, STEPHEN EDWARD KITZINGER,
DOUGLAS ARTHUR KELLNER, KIMBERLY GALVIN,
KATHLEEN O'KEEFE, BOARD OF ELECTIONS IN
THE CITY OF NEW YORK, NEW YORK STATE
BOARD OF ELECTIONS,

                              Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

15-CV-6963 (LGS)

       **PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Motion to Dismiss the Complaint, dated November 12, 2015, and upon all papers and proceedings previously had herein, **Defendants, Jerry H. Goldfeder, Stanley Kalmon Schlein, Venancio Benny Catala, Daniel Szalkiewicz, and Stephen Edward Kitzinger** will move this Court, before the Honorable Lorna G. Schofield, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, on a date and at a time to be designated by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing the Complaint on the grounds that (1) Plaintiff fails a cause of action, (2) Defendant Kitzinger is also entitled to absolute immunity; and (3) Defendant Szalkiewicz is also entitled to dismissal based on <u>res judicata</u>.

**PLEASE TAKE FURTHER NOTICE**, that, pursuant to the Scheduling Order issued by the Court, Plaintiff's opposition papers are due on December 11, 2015.

Dated: New York, New York
November 12, 2015

> ZACHARY W. CARTER
> Corporation Counsel of the
>  City of New York
>  **Attorney for Defendant Kitzinger**
> 100 Church St., Rm. 2-174
> New York, New York 10007
> (212) 356-2086
> corsland@law.nyc.gov

By: *s/*_____
    CHLARENS ORSLAND
    Assistant Corporation Counsel


> JERRY H. GOLDFEDER, ESQ.
> **Defendant Pro Se**
> STROOCK & STROOCK & LAVIN, LLP
> 180 Maiden Lane
> New York, New York  10035
> Tel:  212-806-5400

By: *s/*_____
    JERRY H. GOLDFEDER, ESQ.


> STANLEY KALMON SCHLEIN, ESQ.
> **Defendant Pro Se**
> 481 King Avenue
> Bronx, New York  10464-1228
> (718) 885-3321

By: *s/*_____
    STANLEY KALMON SCHLEIN, ESQ.

        DANIEL SZALKIEWICZ, ESQ.
**Defendant Pro Se**
7 Dey Street, #900B
New York N.Y. 10007
(212) 706-1007


By:   *s/*_____
        DANIEL SZALKIEWICZ, ESQ.


MARISSA SOTO, ESQ.
**Attorney for Defendant Catala**
1937 Williamsbridge Road
Bronx, N.Y. 10461
(646) 812-6347


By:   *s/*_____
        MARISSA SOTO, ESQ.


To:   SAMUEL H. SLOAN
**Plaintiff Pro Se**
1664 Davidson Avenue
Bronx, N.Y.   10453
(917) 659-3397
samhsloan@gmail.com

HON. ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
**Attorney for NY State Defendants**
JANE GOLDBERG, of Counsel
120 Broadway
New York, NY  10271
(212) 416-8610

ZACHARY W. CARTER
Corporation Counsel of the City
  of New York
**Attorney for NYC Board of Election Defendants**
STEPHEN E. KITZINGER
100 Church Street, Rm. 2-126
New York, N.Y. 10007
skitzing@law.nyc.gov
(212) 356-2087

Index No. 15-CV-6963 (LGS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMUEL H. SLOAN,

                                          Plaintiff,

-against-

MICHAEL MICHEL, JOSE MIGUEL ARAUJO, RONALD CASTORINA JR., JOHN FLATEAU, MARIA R. GUASTELLA, MICHAEL A. RENDINO, ALAN SCHULKIN, SIMON SHAMOUN, GREGORY C. SOUMAS, MICHAEL J. RYAN, BIANKA PEREZ, STEVEN HOWARD RICHMAN, JERRY H. GOLDFEDER, STANLEY KALMON SCHLEIN, VENANCIO BENNY CATALA, DANIEL SZALKIEWICZ, STEPHEN EDWARD KITZINGER, DOUGLAS ARTHUR KELLNER, KIMBERLY GALVIN, KATHLEEN O'KEEFE, BOARD OF ELECTIONS IN THE CITY OF NEW YORK, NEW YORK STATE BOARD OF ELECTIONS,

                                          Defendants.

**NOTICE OF MOTION TO DISMISS THE COMPLAINT**

*ZACHARY W. CARTER*
*Corporation Counsel of the City of New York*
   *Attorney for Defendant Kitzinger*
   *100 Church Street*
   *New York, N.Y.  10007*

   *Of Counsel:  Chlarens Orsland*
   *Tel:  (212) 356-2086*
   *Matter #.  2015-041707*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ................................................, 20......*

*............................................................................, Esq.*

*Attorney for ....................................................................*