UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL H. SLOAN,<br><br>        Plaintiff,<br><br>  - against -<br><br>MICHAEL MICHEL, JOSE MIGUEL ARAUJO, RONALD CASTORINA JR., JOHN FLATEAU, MARIA R. GUASTELLA, MICHAEL A. RENDINO, ALAN SCHULKIN, SIMON SHAMOUN, GREGORY C. SOUMAS, MICHAEL J. RYAN, BIANKA PEREZ, STEVEN HOWARD RICHMAN, HERRY H. GOLDFEDER, STANLEY KALMON SCHLEIN, VENANCIO BENNY CATALA, DANIEL SZALKIEWICZ, STEPHEN EDWARD KITZINGER, DOUGLAS ARTHUR KELLNER, KIMBERLY GALVIN, KATHLEEN I'KEEFE, BOARD OF ELECTIONS IN THE CITY OF NEW YORK, NEW YORK STATE BOARD OF ELECTIONS,<br><br>        Defendants. | 15-CV-6963 (LGS)<br><br>**NOTICE OF MOTION BY STATE DEFENDANTS TO DISMISS THE COMPLAINT** |

**PLEASE TAKE NOTICE** that, upon the Complaint, dated September 2, 2015, the Declaration of Jane R. Goldberg, dated December 11, 2015, together with the exhibits annexed thereto, the accompanying Memorandum of Law in Support of the State Defendants' Motion to Dismiss, dated December 11, 2015, and all prior pleadings and proceedings herein, Defendants, The New York State Board of Elections, Douglas Arthur Kellner, Kimberly Galvin, and Kathleen O'Keefe (the "State Defendants") by their attorney, ERIC T. SCHNEIDERMAN, Attorney General of the State of New York, will move this Court before the Honorable Lorna G. Schofield, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York 10007, for an order dismissing the Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that (1) the

claims are barred under the Rooker-Feldman doctrine and issue preclusion; (2) the claims against the State Board and Commissioner Kellner are barred by the Eleventh Amendment; (3)defendants Galvin and O'Keefe are entitled to absolute immunity; and (4) the Complaint fails to state cause of action against the State Defendants; and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order dated October 27, 2014, any opposing affidavits and answering memoranda shall be served on or before January 8, 2016.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Individual Rules of Practice, oral argument will be on a date and at a time designated by the Court.

Dated: New York, New York  
December 11, 2015

ERIC T. SCHNEIDERMAN  
Attorney General of the  
 State of New York  
*Attorney for State Defendants*  
By:  
 /s/ Jane R. Goldberg  
JANE R. GOLDBERG  
Assistant Attorney General  
120 Broadway  
New York, New York 10271  
Telephone: (212) 416-6133  
Email: Jane.Goldberg@ag.ny.gov

To:

SAMUEL H. SLOAN  
**Plaintiff pro se**  
1664 Davidson Avenue  
Bronx, N.Y. 10453  
(917) 659-3397  
samhsloan@gmail.com

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
**Attorney for Defendant Kitzinger**
CHLARENS ORSLAND
100 Church St., Rm. 2-174
New York, New York 10007
(212) 356-2086
corsland@law.nyc.gov

ZACHARY W. CARTER
Corporation Counsel of the
 City of New York
**Attorney for NYC Board of Election Defendants**
STEPHEN E. KITZINGER
100 Church St., Rm. 2-126
New York, New York 10007
(212) 356-2087
skitzing@law.nyc.gov

JERRY H. GOLDFEDER, ESQ.
**Defendant pro se**
STROOCK & STROOCK & LAVIN, LLP
180 Maiden Lane
New York, New York 10035
(212) 806-5400

STANLEY KALMON SCHLEIN, ESQ.
**Defendant pro se**
480 King Avenue
Bronx, New York 10464-1228
(718) 885-3321

DANIEL SZALKIEWICZ, ESQ.
**Defendant pro se**
7 Dey Street, #900B
New York, N.Y. 10007
(212) 706-1007

MARISSA SOTO, ESQ.
**Attorney for Defendant Catala**
1937 Williamsbridge Road
Bronx, N.Y. 10461
(646) 812-6347