UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SAMUEL H. SLOAN,

                                  Plaintiff,

   - against -

MICHAEL MICHEL, *et al.*,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF MOTION**

15 CV 6963 (LGS)

      **PLEASE TAKE NOTICE**, that upon the Board of Elections in the City of New York's Memorandum of Law in Support of their Motion to Dismiss the Complaint, and all other pleadings and proceedings herein, defendants Board of Elections in the City of New York, Michael Michel, Jose Miguel Araujo, Ronald Castorina, Jr., John Flateau, Maria R. Guastella, Michael A. Rendino, Alan Schulkin, Simon Shamoun, Bianka Perez, Gregory C. Soumas, Michael J. Ryan, and Steven H. Richman, will move this Court on a date and time to be set by the Court, before the Honorable Lorna G. Schofield, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Centre Street, New York, New York 10007, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, because the complaint fails to state a claim upon which relief may be granted, dismissing the Complaint and for such other relief as the Court deems just and proper.

-2-

**PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, must be served on the undersigned by January 8, 2016.

Dated:   New York, New York
         December 11, 2015

                                         **ZACHARY W. CARTER**
                                         Corporation Counsel of the
                                           City of New York
                                         Attorney for the Board of Elections
                                           in the City of New York
                                         100 Church Street, Room 2-126
                                         New York, New York  10007
                                         (212) 356-2087
                                         e-mail: SKitzing@law.nyc.gov

By:   s/Stephen Kitzinger
      Stephen Kitzinger
      Assistant Corporation Counsel